**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NUMBER: **25-23798-CV-WILLIAMS**

NORMA O. GAZONNI,

Plaintiff,

v.

VICTORIA'S SECRET DIRECT
BRAND MANAGEMENT, LLC.

Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff NORMA O. GAZONNI, by and through undersigned counsel, requests that this Court

enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its

entirety. Each Party shall bear her or its own costs and fees, including attorneys' fees, incurred

with this action.

Dated this 30th day of October 2025.

/s/Lorena Brasil
Attorney for Plaintiff
Brasil & Brasil, P.A.
Lorena Brasil, Esq.
FBN: 1049012
500 E. Broward Blvd. Suite 900
Fort Lauderdale, Florida 33394
Tel: 954-848-2929
contact@bblawfirmfl.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of October 2025, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system and it will be

furnished to the Defendant's attorney.

/s/Lorena Brasil
Brasil & Brasil, P.A